

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00181-CV

IN RE STEPHEN STEPHON WILLIAMS                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## **MEMORANDUM OPINION**[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.[2]

PER CURIAM

PANEL:  MCCOY, GARDNER, and WALKER, JJ.

DELIVERED:  June 19, 2014

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

[2]Although relator argues that he has no adequate remedy by appeal because he has previously applied for habeas relief and that the court of criminal appeals will therefore apply code of criminal procedure article 11.07, section 4 to bar review, we believe that this a matter best left to the legislature.  *Cf. Ex parte Parrott*, 396 S.W.3d 531, 533–34 (Tex. Crim. App. 2013) (addressing complaint of illegal sentence via application of writ of habeas corpus).